CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
BRETT R. PARKINSON, Assistant United States Attorney (#10310)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6924

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | Case No. 2:09-CR-00728-001-DS |
| Plaintiff, | : | |
| | | |
| vs. | : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS |
| BRANDON L. WALTON | : | |
| | | |
| Defendant. | : | |
| | : | |

_____

Pursuant to DUCrimR 32-1(b), the United States of America states that it disputes no sentencing factors in the Presentence Report submitted by the United States Probation Office.

DATED this 28th day of June, 2010.

                                                        CARLIE CHRISTENSEN
                                                        Acting United States Attorney


                                                  /s/  Brett R. Parkinson
                                                  _____
                                                  BRETT R. PARKINSON
                                                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS was provided to the following parties named below this 28th day of June 2010.

**Jon D. Williams**
**340 S. Main St. 406**
**SLC, UT 84111**


/s/  *Nicole Christensen*